ACCEPTED
03-14-00774-CV
7924846
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/20/2015 12:04:00 PM
JEFFREY D. KYLE
CLERK

# EWELL | BROWN | BLANKE

Ewell, Brown & Blanke LLP
111 Congress Avenue
28th Floor
Austin, Texas 78701

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/20/2015 12:04:00 PM
JEFFREY D. KYLE
Clerk

Direct: (512) 770-4047
Mobile: (512) 461-6007
Fax: (877) 851-6384
dbrown@ebblaw.com

November 20, 2015

Jeffrey D. Kyle, Clerk
Court of Appeals, Third District of Texas
209 West 14th Street
Austin, Texas 78701

RE:  Court of Appeals Number: 03-14-00774-CV
Appellants, Texas Board of Veterinary Medical Examiners and Nicole Oria, in her Official Capacity as Executive Director//Cross-Appellant, Ellen Jefferson, D.V.M. v. Appellee, Ellen Jefferson, D.V.M.//Cross-Appellees, Texas Board of Veterinary Medical Examiners and Nicole Oria, in her Official Capacity as Executive Director

Dear Mr. Kyle:

I am writing in response to the Court's November 4, 2015, letter requesting a response from all parties. I intend to argue on behalf of Appellant Ellen Jefferson, D.V.M. at the oral argument set for December 16, 2015 at 9:00am.

Very truly yours,

Ewell, Brown & Blanke LLP

By:  _____
     David F. Brown, Partner

cc:  Ted Ross, Esq. (*via email*)
     David Blanke, Esq. (*via email*)
     Ryan Clinton, Esq. (*via email*)
     Ellen Jefferson, D.V.M. (*via email*)